IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dixon, Vivian J

Printed: 01/22/09

Case Number: 05 B 47262
Judge: Hollis, Pamela S
Filed: 10/11/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: December 11, 2008
Confirmed: December 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,745.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 539.29 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,010.00 |
| Trustee Fee: |  | 150.71 |
| Other Funds: |  | 45.00 |
| Totals: | 2,745.00 | 2,745.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,010.00 | 2,010.00 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 132.00 | 539.29 |
| 3. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 4. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 5. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 6. | Kenotz Consulting | Unsecured |  | No Claim Filed |
| 7. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 8. | Wilber & Associates | Unsecured |  | No Claim Filed |
| 9. | Swedish Covenant Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 2,142.00 | $ 2,549.29 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 19.64 |
| 5% | 5.92 |
| 4.8% | 11.35 |
| 5.4% | 76.20 |
| 6.5% | 31.33 |
| 6.6% | 6.27 |
|  | $ 150.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Dixon, Vivian J | Case Number:  05 B 47262 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/22/09 | Filed:  10/11/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

